EEOC Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented to: | Agency(ies) Charge No(s): |
|---|---|
| ___ FEPA | |
| X  EEOC | |

_____ and EEOC
State or local Agency, if any

| Name (indicate Mr. Ms. Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Anna Maria Croley | (770) 629-2800 | 8/3/63 |

| Street Address | City, State and ZIP Code |
|---|---|
| 7793 The Lakes Drive | Fairburn, Georgia  30213 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| United Airlines | 40,000+ | (872) 825-4000 |

| Street Address | City, State and ZIP Code |
|---|---|
| 233 South Wacker Drive | Chicago, IL |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

XX RACE  __ COLOR  XX SEX  __ RELIGION  __ NATIONAL ORIGIN

__ RETALIATION  XX AGE  __ DISABILITY  __ OTHER (Specify below.)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest            Latest

XXX CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attached extra sheet(s)):

My direct supervisor has fast tracked and targeted me for demotion and/or determination without just cause. All other employees in my unit are at least 11 years younger and all have received training. I have not. I have requested over the past 2 years and not been granted an opportunity to go to this two week training session. My boss has created a hostile work environment by publicly ridiculing me and speaking in a disparaging and personally disrespectful and unprofessional manner. Finally, I have received notice that I will be constructively discharged because I am requested to take a position not reflective of my educational and work experience and background. I am the only employee in my division with a college degree. All of the above treatment is motivated by race, age and gender.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – When necessary for State and Local Agency Requirements

I declare under penalty of perjury that the above is true and correct.

Date: 11/1/16
Charging Party Signature

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE

[RECEIVED stamp: NOV 04 2016 EEOC-ATDO]
[Notary seal: HARRIS W. REGISTER, NOTARY PUBLIC, FULTON COUNTY, GEORGIA, MY COMMISSION EXPIRES APRIL 14, 2017]

PLAINTIFF EXHIBIT A



# EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete the entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law, generally within 180 days or in some places 300 days of the alleged discrimination. Upon receipt, this form will be reviewed to determine EEOC coverage. Answer all questions as completely as possible, and attach additional pages if needed to complete your response(s). If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "n/a." Please Print.

**1. Personal Information**

Last Name: __Croley__   First Name: __Anna__   MI: _____
Street or Mailing Address: __7793 The Lakes Drive__   Apt Or Unit #: _____
City: __Fairburn__   County: __Fulton__   State: __GA__   ZIP: __30213__
Phone Numbers: Home: (__770__) __629-2800__   Work: (__678__) __763-9346__
Cell: (__770__) __298-0036__   Email Address: __gcvelanie@gmail.com__
Date of Birth: _____   Sex: Male ☐  Female ☒   Do You Have a Disability? ☐ Yes  ☒ No

Please answer each of the next three questions.   i. Are you Hispanic or Latino? ☐ Yes  ☒ No
ii. What is your Race? Please choose all that apply. ☐ American Indian or Alaska Native  ☐ Asian  ☐ White
☒ Black or African American  ☐ Native Hawaiian or Other Pacific Islander
iii. What is your National Origin (country of origin or ancestry)? __USA__

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: __Gilbert Croley__   Relationship: __Husband__
Address: __7793 The Lakes Drive__   City: __Fairburn__   State: __GA__   Zip Code: __30213__
Home Phone: (__770__) __629-2800__   Other Phone: (__770__) __298-3220__

**2. I believe that I was discriminated against by the following organization(s):** (Check those that apply)
☒ Employer  ☐ Union  ☐ Employment Agency  ☐ Other (Please Specify) _____

Organization Contact Information (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**

Organization Name: __United Airlines__
Address: __233 S. Wacker Drive__   County: _____
City: __Chicago__   State: __IL__   Zip: _____   Phone: (__872__) __825-4000__
Type of Business: __Airline__   Job Location if different from Org. Address: __3400 N. Inner Loop Rd; ATL__
Human Resources Director or Owner Name: __Mike Bonds__   Phone: (__872__) __825-6565__
Number of Employees in the Organization at All Locations: Please Check (√) One
☐ Fewer Than 15  ☐ 15 - 100  ☐ 101 - 200  ☐ 201 - 500  ☒ More than 500

**3. Your Employment Data** (Complete as many items as you can)   Are you a Federal Employee? ☐ Yes ☒ No
Date Hired: __9/25/2000__   Job Title At Hire: __Airport Service Agent__
Pay Rate When Hired: __$8.35/hr__   Last or Current Pay Rate: __$61,0000 annually__
Job Title at Time of Alleged Discrimination: __Regional PErformance Supervisor__   Date Quit/Discharged: __n/a__
Name and Title of Immediate Supervisor: __Chris Ward__

If Job Applicant, Date You Applied for Job _____ Job Title Applied For _____

4. What is the reason (basis) for your claim of employment discrimination?
*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☒ Race   ☒ Sex   ☒ Age   ☐ Disability   ☐ National Origin   ☐ Religion   ☐ Retaliation   ☐ Pregnancy   ☐ Color (typically a difference in skin shade within the same race)   ☐ Genetic Information; choose which type(s) of genetic information is involved:

☐ i. genetic testing   ☐ ii. family medical history   ☐ iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____

If you checked genetic information, how did the employer obtain the genetic information? _____

Other reason (basis) for discrimination (Explain). _____

5. What happened to you that you believe was discriminatory? Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed.
(*Example: 10/02/06 - Discharged by Mr. John Soto, Production Supervisor*)

A) Date: 6/7/16   Action: PIP

Name and Title of Person(s) Responsible: Chris Ward

B) Date: 9/27/16   Action: Extended PIP

Name and Title of Person(s) Responsible: Chris Ward

6. Why do you believe these actions were discriminatory? Please attach additional pages if needed.

Held to different standards than other peers.

7. What reason(s) were given to you for the acts you consider discriminatory? By whom? His or Her Job Title?

Not meeting company standards.

8. Describe who was in the same or similar situation as you and how they were treated. For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| A. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| Vince Yanak | Whie Male | Regional Performance Sup. |
| Description of Treatment | Manager defended Vince's inability to make metrics when he didn't make metric. | |
| B. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
| Aman Mehrok | Male | Manager Cargo |
| Description of Treatment | Promoted to my manager and his station has same metric failures as Atlanta. | |

3

Of the persons in the same or similar situation as you, who was treated *worse* than you?

| A. Full Name  N/A | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| Description of Treatment | | |

| B. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| Description of Treatment | | |

Of the persons in the same or similar situation as you, who was treated the *same* as you?

| A. Full Name  N/A | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| Description of Treatment | | |

| B. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| Description of Treatment | | |

Answer questions 9-12 <u>only</u> if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.

9. Please check all that apply:
   - ☐ Yes, I have a disability
   - ☐ I do not have a disability now but I did have one
   - ☐ No disability but the organization treats me as if I am disabled

10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything? (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).



11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
   Yes ☐   No ☐
   If "Yes," what medication, medical equipment or other assistance do you use?


12. Did you ask your employer for any changes or assistance to do your job because of your disability?
   Yes ☐   No ☐
   If "YES", when did you ask? _____   How did you ask (verbally or in writing)? _____
   Who did you ask? (Provide full name and job title of person)

Describe the changes or assistance that you asked for:


How did your employer respond to your request?

4

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| A. Full Name | Job Title | Address & Phone Number |
|---|---|---|
| Aman Mehrok | Manager CArgo | JFK   (718) 709-0225 |

What do you believe this person will tell us?

Not sure.

| B. Full Name | Job Title | Address & Phone Number |
|---|---|---|
| | | |

What do you believe this person will tell us?

14. Have you filed a charge previously in this matter with EEOC or another agency?   Yes ☐   No ☒

15. If you have filed a complaint with another agency, provide name of agency and date of filing:

16. Have you sought help about this situation from a union, an attorney, or any other source?   Yes ☐   No ☒
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

Box 1   ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

Box 2   ☒ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_____   11/1/16
Signature   Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1. FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08).
2. AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626. 42 U.S.C. 12117(a), 42 USC §2000ff-6.
3. PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge.
4. ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters
5. WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing of this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

Print Form

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented to: | Agency(ies) Charge No(s): |
|---|---|---|
| | ___ FEPA<br>_X_ EEOC | |

_____ and EEOC
State or local Agency, if any

| Name (indicate Mr. Ms. Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Anna Maria Croley | (770) 629-2800 | 8/3/63 |

| Street Address | City, State and ZIP Code |
|---|---|
| 7793 The Lakes Drive | Fairburn, Georgia  30213 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| United Airlines | 40,000+ | (872) 825-4000 |

| Street Address | City, State and ZIP Code |
|---|---|
| 233 South Wacker Drive | Chicago, IL |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

XX RACE  __ COLOR  XX SEX  __ RELIGION  __ NATIONAL ORIGIN

__ RETALIATION  XX AGE  __ DISABILITY  __ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest    Latest

XX CONTINUING ACTION *

June 2014 to present

THE PARTICULARS ARE (If additional paper is needed, attached extra sheet(s)):

My direct supervisor has fast tracked and targeted me for demotion and/or termination without just cause. All other employees in mu unit are at least 11 years younger and all have received training. I have not. I have requested over the past 2 years and not been granted an opportunity to go to this two week training session. I have received disparaging treatment from the younger employees. In addition, my boss has created a hostile work environment. I am the oldest employee in my unit and the only employee in my division with a college degree. All of the above treatment is motivated by race, age and gender.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

11/15/16
Date            Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)
11/15/16

* Amended Complaint - original submitted 11/4/16.



# EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete the entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law, generally within 180 days or in some places 300 days of the alleged discrimination. Upon receipt, this form will be reviewed to determine EEOC coverage. Answer all questions as completely as possible, and attach additional pages if needed to complete your response(s). If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "n/a." Please Print.

**1. Personal Information**

Last Name: **Croley**   First Name: **Anna**   MI: ___
Street or Mailing Address: **7793 The Lakes Drive**   Apt Or Unit #: ___
City: **Fairburn**   County: **Fulton**   State: **GA**   ZIP: **30213**
Phone Numbers: Home: (**770**) **629-2800**   Work: (**678**) **763-9346**
Cell: (**770**) **298-0036**   Email Address: **gcvelanie@gmail.com**
Date of Birth: ___   Sex: Male ☐   Female ☒   Do You Have a Disability? Yes ☐   No ☒

Please answer each of the next three questions.   i. Are you Hispanic or Latino?   Yes ☐   No ☒
ii. What is your Race? Please choose all that apply.   ☐ American Indian or Alaska Native   ☐ Asian   ☐ White
☒ Black or African American   ☐ Native Hawaiian or Other Pacific Islander
iii. What is your National Origin (country of origin or ancestry)? **USA**

Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:
Name: **Gilbert Croley**   Relationship: **Husband**
Address: **7793 The Lakes Drive**   City: **Fairburn**   State: **GA**   Zip Code: **30213**
Home Phone: (**770**) **629-2800**   Other Phone: (**770**) **298-3220**

**2. I believe that I was discriminated against by the following organization(s):** (Check those that apply)
☒ Employer   ☐ Union   ☐ Employment Agency   ☐ Other (Please Specify) ___

Organization Contact Information (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) If more than one employer is involved, attach additional sheets.

Organization Name: **United Airlines**
Address: **233 S. Wacker Drive**   County: ___
City: **Chicago**   State: **IL**   Zip: ___   Phone: (**872**) **825-4000**
Type of Business: **Airline**   Job Location if different from Org. Address: **3400 N. Inner Loop Rd; ATL**
Human Resources Director or Owner Name: **Mike Bonds**   Phone: (**872**) **825-6565**
Number of Employees in the Organization at All Locations: Please Check (√) One
☐ Fewer Than 15   ☐ 15 - 100   ☐ 101 - 200   ☐ 201 - 500   ☒ More than 500

**3. Your Employment Data** (Complete as many items as you can)   Are you a Federal Employee? Yes ☐   No ☒
Date Hired: **9/25/2000**   Job Title At Hire: **Airport Service Agent**
Pay Rate When Hired: **$8.35/hr**   Last or Current Pay Rate: **$61,0000 annually**
Job Title at Time of Alleged Discrimination: **Regional PErformance Supervisor**   Date Quit/Discharged: **n/a**
Name and Title of Immediate Supervisor: **Chris Ward**

If Job Applicant, Date You Applied for Job _____ Job Title Applied For _____

4. What is the reason (basis) for your claim of employment discrimination?
*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

[X] Race  [X] Sex  [X] Age  [ ] Disability  [ ] National Origin  [ ] Religion  [ ] Retaliation  [ ] Pregnancy  [ ] Color (typically a difference in skin shade within the same race)  [ ] Genetic Information; choose which type(s) of genetic information is involved:

[ ] i. genetic testing   [ ] ii. family medical history   [ ] iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____

If you checked genetic information, how did the employer obtain the genetic information? _____

Other reason (basis) for discrimination (Explain). _____

5. What happened to you that you believe was discriminatory? Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed.
*(Example: 10/02/06 - Discharged by Mr. John Soto, Production Supervisor)*

A) Date: 6/7/16   Action: PIP

Name and Title of Person(s) Responsible: Chris Ward

B) Date: 9/27/16   Action: Extended PIP

Name and Title of Person(s) Responsible: Chris Ward

6. Why do you believe these actions were discriminatory? Please attach additional pages if needed.

Held to different standards than other peers.

7. What reason(s) were given to you for the acts you consider discriminatory? By whom? His or Her Job Title?

Not meeting company standards.

8. Describe who was in the same or similar situation as you and how they were treated. For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| A. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| Vince Yanak | Whie Male | Regional Performance Sup. |
| Description of Treatment | Manager defended Vince's inability to make metrics when he didn't make metric. | |
| B. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
| Aman Mehrok | Male | Manager Cargo |
| Description of Treatment | Promoted to my manager and his station has same metric failures as Atlanta. | |

Of the persons in the same or similar situation as you, who was treated *worse* than you?

| A. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| N/A | | |

Description of Treatment

| B. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| | | |

Description of Treatment

Of the persons in the same or similar situation as you, who was treated the *same* as you?

| A. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| N/A | | |

Description of Treatment

| B. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| | | |

Description of Treatment

Answer questions 9-12 only if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.

9. Please check all that apply:
   - [ ] Yes, I have a disability
   - [ ] I do not have a disability now but I did have one
   - [ ] No disability but the organization treats me as if I am disabled

10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything? (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).



11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
    Yes [ ]   No [ ]
    If "Yes," what medication, medical equipment or other assistance do you use?



12. Did you ask your employer for any changes or assistance to do your job because of your disability?
    Yes [ ]   No [ ]
    If "YES", when did you ask? _____   How did you ask (verbally or in writing)? _____
    Who did you ask? (Provide full name and job title of person)

Describe the changes or assistance that you asked for:



How did your employer respond to your request?

4

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| A. Full Name | Job Title | Address & Phone Number |
|---|---|---|
| Aman Mehrok | Manager Cargo | JFK (718) 709-0225 |

What do you believe this person will tell us?

Not sure.

| B. Full Name | Job Title | Address & Phone Number |
|---|---|---|
|  |  |  |

What do you believe this person will tell us?

14. Have you filed a charge previously in this matter with EEOC or another agency?     Yes ☐    No ☒

15. If you have filed a complaint with another agency, provide name of agency and date of filing:

16. Have you sought help about this situation from a union, an attorney, or any other source?    Yes ☐    No ☒
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

Box 1  ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

Box 2  ☒ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_____     11/15/16
Signature                     Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1. FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08).
2. AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626. 42 U.S.C. 12117(a), 42 USC §2000ff-6.
3. PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge.
4. ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters
5. WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing of this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

Print Form

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented to: | Agency(ies) Charge No(s): |
|---|---|---|
| | ___ FEPA<br>_X_ EEOC | |

_____ and EEOC
State or local Agency, if any

| Name (indicate Mr. Ms. Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Anna Marie Croley | (770) 629-2800 | 8/3/63 |

| Street Address | City, State and ZIP Code |
|---|---|
| 7793 The Lakes Drive | Fairburn, GA 30213 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| United Airlines | 40,000+ | (872) 825-4000 |

| Street Address | City, State and ZIP Code |
|---|---|
| 233 South Wacker Drive | Chicago, IL |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

XX RACE __ COLOR XX SEX __ RELIGION __ NATIONAL ORIGIN

__ RETALIATION XX AGE __ DISABILITY __ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 6/2014    Latest: 12/16

XX CONTINUING ACTION **

THE PARTICULARS ARE (If additional paper is needed, attached extra sheet(s)):

I returned to work on December 5, 2016 from a medical leave of absence. I met with my supervisor, Chris Ward, and was presented a review of the Performance Improvement Program and subsequently, I was terminated that same day.

RECEIVED JAN 24 2017 EEOC-ATDO

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – When necessary for State and Local Agency Requirements

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

1/23/17
Date       Charging Party Signature

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

[Notary seal: CHRIS W REGISTER, NOTARY PUBLIC, FULTON COUNTY, GEORGIA, MY COMMISSION EXPIRES APRIL 14, 2017]

** Amended Complaint - original submitted 11/4/16.



# EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete the entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law, generally within 180 days or in some places 300 days of the alleged discrimination. Upon receipt, this form will be reviewed to determine EEOC coverage. Answer all questions as completely as possible, and attach additional pages if needed to complete your response(s). If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "n/a." Please Print.

1. **Personal Information**

Last Name: __Croley__    First Name: __Anna__    MI: ____
Street or Mailing Address: __7793 The Lakes Drive__    Apt Or Unit #: ____
City: __Fairburn__    County: __Fulton__    State: __GA__    ZIP: __30213__
Phone Numbers: Home: (__770__) __629-2800__    Work: (__678__) __763-9346__
Cell: (__770__) __298-0036__    Email Address: __gcvelanie@gmail.com__
Date of Birth: ____    Sex: Male ☐  Female ☒    Do You Have a Disability? ☐ Yes  ☒ No

Please answer each of the next three questions.
  i. Are you Hispanic or Latino?   ☐ Yes   ☒ No
 ii. What is your Race? Please choose all that apply.   ☐ American Indian or Alaska Native   ☐ Asian   ☐ White   ☒ Black or African American   ☐ Native Hawaiian or Other Pacific Islander
iii. What is your National Origin (country of origin or ancestry)? __USA__

Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:
Name: __Gilbert Croley__    Relationship: __Husband__
Address: __7793 The Lakes Drive__    City: __Fairburn__    State: __GA__    Zip Code: __30213__
Home Phone: (__770__) __629-2800__    Other Phone: (__770__) __298-3220__

2. I believe that I was discriminated against by the following organization(s): (Check those that apply)
☒ Employer   ☐ Union   ☐ Employment Agency   ☐ Other (Please Specify) ____

Organization Contact Information (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) If more than one employer is involved, attach additional sheets.

Organization Name: __United Airlines__
Address: __233 S. Wacker Drive__    County: ____
City: __Chicago__    State: __IL__    Zip: ____    Phone: (__872__) __825-4000__
Type of Business: __Airline__    Job Location if different from Org. Address: __3400 N. Inner Loop Rd; ATL__
Human Resources Director or Owner Name: __Mike Bonds__    Phone: (__872__) __825-6565__
Number of Employees in the Organization at All Locations: Please Check (√) One
☐ Fewer Than 15   ☐ 15 - 100   ☐ 101 - 200   ☐ 201 - 500   ☒ More than 500

3. Your Employment Data (Complete as many items as you can)   Are you a Federal Employee? ☐ Yes ☒ No
Date Hired: __9/25/2000__    Job Title At Hire: __Airport Service Agent__
Pay Rate When Hired: __$8.35/hr__    Last or Current Pay Rate: __$61,0000 annually__
Job Title at Time of Alleged Discrimination: __Regional PErformance Supervisor__    Date Quit/Discharged: __n/a__
Name and Title of Immediate Supervisor: __Chris Ward__

If Job Applicant, Date You Applied for Job _____ Job Title Applied For _____

4. What is the reason (basis) for your claim of employment discrimination?
*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

[X] Race   [X] Sex   [X] Age   [ ] Disability   [ ] National Origin   [ ] Religion   [ ] Retaliation   [ ] Pregnancy   [ ] Color (typically a difference in skin shade within the same race)   [ ] Genetic Information; choose which type(s) of genetic information is involved:
[ ] i. genetic testing   [ ] ii. family medical history   [ ] iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____

If you checked genetic information, how did the employer obtain the genetic information? _____

Other reason (basis) for discrimination (Explain). _____

5. What happened to you that you believe was discriminatory? Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed. *(Example: 10/02/06 - Discharged by Mr. John Soto, Production Supervisor)*

A) Date: 6/7/16   Action: PIP

Name and Title of Person(s) Responsible: Chris Ward

B) Date: 9/27/16   Action: Extended PIP

Name and Title of Person(s) Responsible: Chris Ward

6. Why do you believe these actions were discriminatory? Please attach additional pages if needed.

Held to different standards than other peers.

7. What reason(s) were given to you for the acts you consider discriminatory? By whom? His or Her Job Title?

Not meeting company standards.

8. Describe who was in the same or similar situation as you and how they were treated. For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| A. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| Vince Yanak | Whie Male | Regional Performance Sup. |
| Description of Treatment | Manager defended Vince's inability to make metrics when he didn't make metric. | |
| B. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
| Aman Mehrok | Male | Manager Cargo |
| Description of Treatment | Promoted to my manager and his station has same metric failures as Atlanta. | |

3

Of the persons in the same or similar situation as you, who was treated *worse* than you?

| A. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| N/A | | |
| Description of Treatment | | |

| B. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| | | |
| Description of Treatment | | |

Of the persons in the same or similar situation as you, who was treated the *same* as you?

| A. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| N/A | | |
| Description of Treatment | | |

| B. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| | | |
| Description of Treatment | | |

Answer questions 9-12 **only** if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.

9. Please check all that apply:
   - ☐ Yes, I have a disability
   - ☐ I do not have a disability now but I did have one
   - ☐ No disability but the organization treats me as if I am disabled

10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything? (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).


11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
    Yes ☐   No ☐
    If "Yes," what medication, medical equipment or other assistance do you use?


12. Did you ask your employer for any changes or assistance to do your job because of your disability?
    Yes ☐   No ☐
    If "YES", when did you ask? _____ How did you ask (verbally or in writing)? _____
    Who did you ask? (Provide full name and job title of person)

Describe the changes or assistance that you asked for:


How did your employer respond to your request?

4

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| A. Full Name | Job Title | Address & Phone Number |
|---|---|---|
| Aman Mehrok | Manager CArgo | JFK   (718) 709-0225 |

What do you believe this person will tell us?

Not sure.

| B. Full Name | Job Title | Address & Phone Number |
|---|---|---|
| | | |

What do you believe this person will tell us?

14. Have you filed a charge previously in this matter with EEOC or another agency?   Yes ☐   No ☒

15. If you have filed a complaint with another agency, provide name of agency and date of filing:

16. Have you sought help about this situation from a union, an attorney, or any other source?   Yes ☐   No ☒
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

Box 1  ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

Box 2  ☒ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_____   11/1/16
      Signature                 Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1. FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08).
2. AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626. 42 U.S.C. 12117(a), 42 USC §2000ff-6.
3. PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge.
4. ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters
5. WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing of this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

Print Form